EL PUEBLO, DEMANDANTE Y APELADO, *v.* PORTO RICAN AMERICAN TOBACCO COMPANY, ACUSADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Primer Distrito, en causa por infracción a la Ley sobre Contrato de Trabajo.

No. 1844.—Resuelto en junio 13, 1922, por los fundamentos del caso No. 1845, *El Pueblo* v. *Porto Rican American Tobacco Company,* de junio 13, 1922.

Abogado del apelante: *Sr. L. Muñoz Morales.*
Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

*Confirmada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey y Hutchison.*